8 F.3d 358
 UNITED STATES of America, Plaintiff-Appellee,
v.
John L. TINCHER, William K. Tincher, and James E. Acord,
Defendants-Appellants.
 Nos. 92-3796 to 92-3798.
 United States Court of Appeals,
Sixth Circuit.
 Dec. 21, 1993.
 
 Before: KEITH and SUHRHEINRICH, Circuit Judges; and, LIVELY, Senior Circuit Judge.
 
 ORDER
 
 1
 Upon consideration of the petitions for rehearing filed separately by defendants-appellants John L. Tincher and James E. Acord on November 3 and November 5, 1993, respectively, the petitions are ORDERED denied.
 
 
 2
 The previous opinion and judgment of this Court filed on October 22, 1993 and reported at 8 F.3d 350 is ORDERED withdrawn and is replaced by an unpublished per curiam opinion.